EVAN C. GOYKE
City Attorney

MARY L. SCHANNING
ROBIN A. PEDERSON
NAOMI E. SANDERS
JULIE P. WILSON
Deputy City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

KATHRYN Z. BLOCK
THOMAS D. MILLER
PETER J. BLOCK
PATRICK J. MCCLAIN
ANDREA J. FOWLER
JOANNA FRACZEK
HANNAH R. JAHN
MEIGHAN M. ANGER
ALEXANDER R. CARSON
BENJAMIN J. ROOVERS
GREGORY P. KRUSE
ALEX T. MUELLER
ALEXANDER D. COSSI
KATHERINE A. HEADLEY
SHEILA THOBANI
STACY J. MILLER
JORDAN M. SCHETTLE
THERESA A. MONTAG
ALEXANDER E. FOUNDOS
TRAVIS J. GRESHAM
KYLE W. BAILEY
JOSEPH M. DOBBS
WILLIAM K. HOTCHKISS
CLINT B. MUCHE
TYLER M. HELSEL
ZACHARY A. HATFIELD
MEGHAN C. MCCABE
CYNTHIA HARRIS ORTEGA
OLUWASEUN CHRIS IBITOYE
KEVIN P. TODT
NATHANIEL E. ADAMSON
JUSTIN J. DREIKOSEN
Assistant City Attorneys

May 7, 2025

**VIA ECF ONLY**
Honorable Nancy Joseph
United States Federal Building and Courthouse
517 E. Wisconsin Ave - Room 362
Milwaukee, WI 53202

    **RE:**    *Schlender, Roxanne v. Seelow, et al.*
              E.D. Wis. Case Number: 23-cv-0329

Dear Judge Joseph:

On or about February 5, 2025, the parties in the above-entitled case jointly requested that the trial date be adjourned because the individual defendant was scheduled to undergo a course of medical treatment during the time-frame leading up and including trial. (ECF No. 45).

The Court granted the parties' request by a text-only order entered on February 6, 2025, adjourning the final pretrial conference scheduled for March 7th and the March 17th trial date, and requesting that the parties file a joint written status report on or before May 7, 2025.

In the interim, the Court has issued its Order denying Defendants' motion to reconsider so much of its previous Order denying summary judgment on the basis of qualified immunity, *see* ECF Nos. 39 and 46, and defendants filed an appeal, *see* ECF No. 47, and a motion to stay proceedings. (ECF No. 52).

On Tuesday, May 6, 2025, counsel for defendants contacted Defendant Seelow and learned that he returned to work on light duty only beginning the last week of April 2025. As such, the parties do not believe that the medical issue which caused the prior trial date to be adjourned currently prevents scheduling subsequent proceedings.

Defendants position remains that the appeal is independent grounds to stay proceedings for the reasons outlined in their brief in support.

Very truly yours,

EVAN GOYKE, City Attorney

s/ Clint B. Muche
CLINT B. MUCHE
*Counsel for the Defendants*

GUTGLASS, ERICKSON, LARSON & SCHNEIDER, S.C.

s/ Lauren Wick
LAUREN WICK
*Counsel for the Plaintiff*

1032-2023-521/297643